**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAMES JOHNSON**
**ADC #119251** **PLAINTIFF**

**v.** **No. 3:26-cv-212-DPM**

**DOE** **DEFENDANT**

**ORDER**

**1.** The Court withdraws the reference.

**2.** Johnson hasn't paid the $405 filing and administrative fees or filed a completed application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 7 at 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 September 2026