**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAMES JOHNSON**
**ADC #119251** **PLAINTIFF**

**v.** **No. 3:26-cv-212-DPM**

**DOE** **DEFENDANT**

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

18 September 2026